IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEROY BRAHM, III,**<br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**COUNTY OF CHESTER, WARDEN RONALD PHILLIPS, DEPUTY OCIE MILLER, DEPUTY ROBERTS, DIRECTOR TIM MULROONEY, MAJOR MORGAN TAYLOR AND PRIMECARE MEDICAL INC.,**<br>　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-CV-3848** |

## O R D E R

**AND NOW**, this 17th day of December, 2024, upon consideration of Defendant PrimeCare Medical Inc.'s Motion for Summary Judgment (ECF No. 83) in which all other Defendants have joined (ECF 88) and all responses and replies thereto (ECF Nos. 92, 93, 94), for the reasons set forth in the accompanying memorandum, it is **HEREBY ORDERED** that the Motion is **GRANTED**, and judgment is **ENTERED** in favor of all Defendants on each of Plaintiff Leroy Brahm III's claims for deliberate indifference to a serious medical need under 42 U.S.C. §1983.

**FURTHER**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and in accordance with the accompanying memorandum, it is **HEREBY ORDERED** that all of Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**